Joyce I. BRESSLER and Antoinette M. Germain v. Michael F. KELLER and Keller, Navin & Creamer, Inc., No. 110-80

June 16, 1980. Plaintiff's motion for extension of time granted *nunc*

*pro tunc.* Defendant's motion to dismiss denied.